# Court of Appeals
# of the State of Georgia

ATLANTA,     March 16, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1080.  DEBRA ANNE GARY v. BRUCE CHATMAN, WARDEN.**

Debra Anne Gary filed an action seeking damages and the reinstatement of her visitation privileges after she was arrested while trying to visit her incarcerated husband.  She filed a Motion to Proceed Without Prepayment of Fees, which the trial court denied on August 18, 2015.  Gary subsequently filed a motion for reconsideration.  The trial court denied Gary's motion for reconsideration on September 10, 2015.  Gary filed her notice of appeal on October 14, 2015.[1]  However, we lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997).  The denial of a motion for reconsideration is not directly appealable.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  And the filing of such a motion does not extend the time for appealing the underlying judgment – here, the order denying her Motion to Proceed Without Prepayment of Fees.  See id.  Gary's notice of appeal, therefore, is invalid as to the order denying her motion for reconsideration and untimely as to the order denying her Motion to Proceed Without Prepayment of Fees.  Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] Gary originally filed her appeal in the Georgia Supreme Court, which transferred the case to this Court.



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,* _____03/16/2016_____

      *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*